George L. O'HARE, Appellant, v. DAYTON & UNION RAILROAD COMPANY, Appellee.

No. 204.

Circuit Court of Appeals, Second Circuit.

Jan. 29, 1934.

Frank M. Swacker, of New York City (Hugh F. O'Donnell and Archibald N. Jordan, both of New York City, of counsel), for appellant.

Cravath, de Gersdorff, Swaine & Wood, of New York City (Frederick H. Wood and

Harold F. McGuire, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.